# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

EUN SONG,

      Plaintiff,

v.

JAMES KWANG LEE, *et al.*,

      Defendants.

Case No. 23–cv–02496–ES–ESK

ORDER

**THIS MATTER** having come before the Court pursuant to Federal Rule of Civil Procedure 16 for an initial scheduling conference on August 31, 2023 (ECF No. 9); and the parties having failed to file a proposed joint discovery plan (*see* ECF No. 5); and counsel having failed to appear for the conference, and for good cause appearing,

**IT IS** on this 31st day of **August 2023** **ORDERED** that:

1. This matter is **administratively terminated**. Any party may request that this matter be reinstated by letter application, which shall include the parties' proposed joint discovery plan.

                                          */s/ Edward S. Kiel*
                                          EDWARD S. KIEL
                                          UNITED STATES MAGISTRATE JUDGE