UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MR. EUN SONG<br><br>　　　　　　　　　　Plaintiff,<br><br>- v -<br><br>JAMES KWANG LEE, BETTERONE COSMETIC CORP.<br><br>　　　　　　　　　　Defendant, | Case No. 23-CV-2496<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41 of the Federal Rules of Civil Procedure ("FRCP"), the Complaint in the above-captioned action, Defendant's Counterclaim, and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiff and Defendants are precluded from bringing any further claims against each other under the contractual agreement between the parties, New York Law, New Jersey Law, or any federal, state or local law, for breach of contract, or unpaid monies owed, for the period set forth in Plaintiff's Complaint.

Dated: February __6__, 2025

_____
Daniel D. Kim, Esq.
Law Offices of Daniel D. Kim
5 Penn Plaza, 23 Fl.,
New York, NY 10001
(212) 849-6990
danieldkimlaw@gmail.com
*Attorneys for Defendants*

_____
Vincent Miletti, Esq.
Miletti Law, P.C.
10 Halletts Point, Suite 1742
Astoria, New York 11102
609-353-6287
VMiletti@Milettilaw.com
*Attorneys For Plaintiff*

SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.
Dated: February 7, 2025